[1]

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

Civil Action 20-cv-03282-DCC

**DECOTA BROWN**,

    *Plaintiff*,

v.

**OCONEE COUNTY SHERIFF'S OFFICE,**

**BARRY OWENS,** in his individual capacity

**DAVID McMAHAN,** in his individual capacity

    *Defendants*.

---

### NOTICE OF APPEAL

---

    DECOTA BROWN**,** by and through undersigned counsel, respectfully notifies the district court of his intent to pursue appellate relief from the Court's judgment in the United States Court of Appeals for the Fourth Circuit.

    Counsel is representing Brown *pro bono* and respectfully requests leave for the Plaintiff to proceed *in forma pauperis*.

    Respectfully submitted this 3rd day of March, 2021.

(Signature line on following page)

[1]

[2]

        *s/ Allen Chaney*

        _____

        **Allen Chaney, (Fed. ID No. 13181)**
        **SOUTH CAROLINA JUSTICE PROJECT**
        1220 Laurens Road, Ste B
        Greenville, SC 29607
        Ph. (720) 634-5493
        allen@scjusticeproject.org


        *Attorney for Plaintiff*